Eastern District of Kentucky
FILED

OCT 24 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:24-cr-069-REW
21 U.S.C. § 841(a)(1)

CANDACE NEVELS,
    aka CANDACE DISHMAN

* * * * *

**THE GRAND JURY CHARGES:**

On or about May 8, 2023, in Wayne County, in the Eastern District of Kentucky,

**CANDACE NEVELS,
aka CANDACE DISHMAN,**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 28 U.S.C. § 2461

1.  By virtue of the commission of the felony offense alleged in the Indictment, **CANDACE NEVELS, aka CANDACE DISHMAN**, shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. § 841, and any and all property constituting proceeds obtained

directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **CANDACE NEVELS, aka CANDACE DISHMAN**, has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following items seized on or about May 8, 2023:

### CURRENCY:

$1,494.00 in United States currency seized from Candance Nevels, aka Candace Dishman.

### FIREARMS AND AMMUNITION:

1. Taurus, 9mm caliber handgun with serial 1C098413
2. All associated ammunition and accessories.

3. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

FOREPERSON

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Forfeiture of listed items.